FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

APR 2 1 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 21-30048-SPM |
| | ) | |
| DELON ECHOLS, | ) | Title 21 U.S.C. §841(a)(1), 841(b)(1)(C) |
| | ) | and 846 |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
ATTEMPT POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE:
3,4-Methylenedioxymethamphetamine Hydrochloride

On or about August 26, 2019 to August 29, 2019, in St. Clair County, within the Southern District of Illinois,

**DELON ECHOLS,**

Defendant herein, did knowingly and intentionally attempt to possess with intent to distribute 3,4-methylenedioxymethamphetamine hydrochloride, in the form commonly known as MDMA, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846.

A TRUE BILL.

_____
KARELIA S. RAJAGOPAL
Assistant United States Attorney

Digitally signed by STEVEN
WEINHOEFT
Date: 2021.04.05 12:36:01
-05'00'

_____
STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention